## DONNA M. MOUNTFORD *v.* NATHANIEL M. MOUNTFORD

[No. 19, January Term, 1941.]

*Decided April 9th, 1941*

The cause was argued before SLOAN, JOHNSON, DELA-PLAINE, and COLLINS, JJ.

*Eldridge Hood Young* for the appellant.

*Joseph T. Sherier*, with whom was *Robert Peter*, on the brief, for the appellee.

COLLINS, J., delivered the opinion of the Court.